UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 15-2778 CBM (JPR) | Date | August 5, 2015 |

| | |
|---|---|
| Title | Ron Newt v. Rupert Murdoch et al. |

**Present: The Honorable** CONSUELO B. MARSHALL, UNITED STATES DISTRICT JUDGE

| YOLANDA SKIPPER | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendants: |
|---|---|
| NONE PRESENT | NONE PRESENT |

**Proceedings:** **IN CHAMBERS- ORDER AND NOTICE TO ALL PARTIES**

The matters before the Court are Defendant Fox Broadcasting Company's Motion to Dismiss Complaint (the "Motion") [Dkt. No. 8] and the parties' Stipulation to Extend Time To Amend the Complaint Up To August 18, 2015 (F.R.C.P. 15a(2)) (the "Stipulation") [Dkt. No. 22]. Plaintiff did not file an Opposition to the Motion.

The Court finds that the Motion is appropriate for decision without additional oral argument.

The Court **GRANTS** Defendant's Motion and dismisses the Complaint without prejudice. *See* 17 U.S.C. § 114 ("no civil action for infringement of the copyright in any United States work shall be instituted until preregistration or registration of the copyright claim has been made in accordance with this title"); *J & J Sports Prods., Inc. v. Kigo*, 2011 WL 3418394, at *2 (N.D. Cal. Aug. 4, 2011); *Ricketts v. Haah*, 2013 WL 3242947, at *2 (C.D. Cal. June 26, 2013). *See also* L.R. 7-12.

Plaintiff shall file an amended complaint, if any, **no later than August 25, 2015**.

The Stipulation is denied as moot.

The date for the hearing on the Motion **[8]** is vacated and no appearance is necessary on August 18, 2015.

**IT IS SO ORDERED.**