Charles M. Coate, Esq. (SBN: 140404)
ABRAMS COATE LLP
12400 Wilshire Blvd., Ste. 1060
Los Angeles, CA 90025
Tel: (310) 576-6161
Fax: (310) 576-6160
Email: ccoate@abramscoate.com
Attorneys for Plaintiff Ron Newt

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| RON NEWT, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, a Delaware Corporation;  LEE DANIELS, an individual; DANNY STRONG, an individual; TERENCE HOWARD, an individual; MALCOLM SPELLMAN, an individual; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No.: 15-cv-2778 CBM (JPRx)<br><br>**FIRST AMENDED COMPLAINT FOR DAMAGES AND INJUNCTION FOR:**<br><br>**1.  COPYRIGHT INFRINGEMENT**<br>**2.  BREACH OF IMPLIED-IN-FACT CONTRACT** |

## JURISDICTION AND VENUE

1.      This is an action for copyright infringement arising under the Copyright Act of 1976, 17 U.S.C. §§ 101 et seq. This Court has jurisdiction of this action under 28 U.S.C. §§ 1331, 1338(a) and 1338(b), and under its supplemental jurisdiction.

2.      Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a) as a substantial part of the events or omissions giving rise to the claim occurred, and the defendants and/or their agents reside or may be found, in this judicial district.

**PARTIES**

3.    Plaintiff RON NEWT (hereinafter referred to as "NEWT" or "PLAINTIFF") is an individual resident of San Francisco, California, who created an original motion picture screenplay entitled "Bigger Than Big" (the "Screenplay") based on his book of the same name ("Book").

4.    PLAINTIFF is informed and believes, and on that basis alleges, that Defendant TERENCE HOWARD (hereinafter referred to as "HOWARD" or "DEFENDANT") is an individual, residing in Los Angeles County, California. PLAINTIFF is further informed and believes, and on that basis alleges, that HOWARD is a  forty-seven (47) year old producer and an actor with numerous film and television credits, and according to the Internet Movie Database ("IMDB") stars  in a television series  "Empire" (the "Series") that airs on Fox, and is available digitally for purchase from Fox.com, *inter alia*.

5.    PLAINTIFF is informed and believes, and on that basis alleges, that Defendant TWENTIETH CENTURY FOX FILM CORPORATION (hereinafter referred to as "FOX" or "DEFENDANT") is a corporation existing under the laws of Delaware maintaining its principal place of business at 10201 West Pico Blvd., Los Angeles, CA 90035.  PLAINTIFF is informed and believes, and on that basis alleges, that Fox is qualified to do business and is doing business in the State of California, County of Los Angeles, and is active according to the California Secretary of State. According to the IMDB website and credit block that appears in the Series, FOX is a producer of the Series.

6.    PLAINTIFF is informed and believes, and on that basis alleges, that Defendant LEE DANIELS (hereinafter referred to as "DANIELS" or "DEFENDANT") is an individual residing in Los Angeles County, California. PLAINTIFF is further informed and believes, and on that basis alleges, that DANIELS is a director, writer, and producer with numerous film and television

credits, and according to IMDB is the Creator and Executive Producer of the Series.

7.      PLAINTIFF is informed and believes, and on that basis alleges, that Defendant DANNY STRONG (hereinafter referred to as "STRONG" or "DEFENDANT") is an individual residing in Los Angeles County, California. PLAINTIFF is further informed and believes, and on that basis alleges, that DANIELS is a director, writer, producer and actor with numerous film and television credits, and according to IMDB is the Creator, Executive Producer and a Director of the Series.

8.      PLAINTIFF is informed and believes, and on that basis alleges, that Defendant MALCOLM SPELLMAN (hereinafter referred to as "SPELLMAN" or "DEFENDANT") is an individual residing in Los Angeles County, California. PLAINTIFF is further informed and believes, and on that basis alleges, that SPELLMAN is a writer and producer with numerous writing and producing credits and according to IMDB is a Co-producer and credited writer on the Series. PLAINTIFF is further informed and believes that SPELLMAN is from the San Francisco bay area and purchased a copy of PLAINTIFF's Book.

9.      The true names and capacities, whether individual, corporate, associate or otherwise, of Defendants DOES 1 through 10, inclusive, are presently unknown to PLAINTIFF, who therefore sues these Defendants by such fictitious names.  PLAINTIFF is informed and believes and thereon allege that each of the DOE Defendants was and is either intentionally, negligently, or in some other manner, the cause or contributing cause of, or otherwise responsible for, the damages suffered by PLAINTIFF.  PLAINTIFF will amend this Complaint to allege the true names and capacities of each DOE Defendant, together with such allegations as may be appropriate, when their names have been ascertained.

10.     Plaintiff is informed and believes and thereon alleges that at all times mentioned in this Complaint, each Defendant was the agent, servant, employee, partner, successor, assignee, joint venturer and/or franchisee of each of the remaining Defendants herein, and was at all times acting within the course and scope of said agency, service, employment, partnership, joint venture and/or franchise.  Moreover, Plaintiff is informed and believes, and based thereon alleges, that each act and omission hereinafter alleged on the part of any one Defendant was done with the approval and consent and was ratified by each of the remaining Defendants.

11.     Plaintiff is further informed and believes and thereon allege that at all relevant times mentioned in this Complaint, each Defendant may be held liable for the infringing acts committed by another to the extent that each Defendant had the right and ability to control the infringing activities alleged herein and had a direct financial interest in such activities, regardless of whether each said Defendant had intent or knowledge of the infringement alleged herein.  Furthermore, Plaintiff is informed and believes and thereon alleges that at all relevant times mentioned in this Complaint each Defendant who knowingly induced, caused or materially contributed to the infringement alleged herein, by another Defendant herein but who may not have committed or participated in the infringing acts him or herself, may be held liable as a contributory infringer as each such Defendant had knowledge, or reason to know, of the infringement.

## GENERAL ALLEGATIONS

12.     Plaintiff NEWT is the owner and copyright proprietor of an original book entitled "Bigger Than Big" (the "Book") as well as a motion picture screenplay based on the Book entitled "All That Glitters" (the "Screenplay") and a DVD documentary based on the Book (the "DVD").  Each of the Book, Screenplay

and the DVD (hereinafter to be referenced at times as the "Material") are based in large part on PLAINTIFF's life story. The Screenplay and Book were created and written by PLAINTIFF. The Book, the Screenplay and the DVD have all been submitted for copyright registration with the United States Copyright Office, with the Book identified by the Copyright Office under application # 1-2562633731. (A true and correct copy of the receipt for the application for copyright registration for the Screenplay and the DVD is attached hereto and incorporated by reference herein as Exhibit "1.") PLAINTIFF reserves the right to amend this Complaint upon its receipt of the registrations for the Book, the Screenplay and the DVD from the U.S. Copyright Office.

13. In or about November of 2010, PLAINTIFF was in Los Angeles to meet with agents and other entertainment entities to promote his Book/Screenplay/DVD and to seek financing and/or development of a motion picture to be based upon his Book/Screenplay/DVD, that in turn are based in large part on PLAINTIFF's life story. PLAINTIFF was contacted by his friend King Cisco and instructed to go to the Beverly Hills location of the Four Seasons Hotel where he would be met by DEFENDANT HOWARD to discuss PLAINTIFF's Material and the possibility of jointly developing a motion picture adaptation of the Material. That evening a meeting took place between PLAINTIFF, HOWARD, King Cisco, and Ronnie Morisette, *inter alia,* in the courtyard bar of the Four Seasons Hotel. During this meeting that lasted over three (3) hours, PLAINTIFF was asked by HOWARD to relay his life story. PLAINTIFF pitched his life story and provided HOWARD with his Book/Screenplay/DVD depicting various life events and provided HOWARD with information where additional pictures of certain of PLAINTIFF's life events could be found on PLAINTIFF's website. HOWARD stated during this meeting that he wanted to play the role of PLAINTIFF in a motion picture adaptation of PLAINTIFF's life story. At the end

of the meeting HOWARD retained the copies of the Book, Screenplay and DVD and provided PLAINTIFF with the phone number of his manager in order to facilitate a joint production of a motion picture project based on PLAINTIFF's life story and Material and to star HOWARD in a role depicting PLAINTIFF.  Upon information and belief, negotiations began between King Cisco and HOWARD's manager however no agreement was ever reached and there was no further contact between HOWARD and PLAINTIFF.  HOWARD, however, retained the copies of the Material and never returned them.

14.    When the Material was presented to HOWARD, he was aware of the fact that the Book and the Screenplay were written by PLAINTIFF, and that all of the Material was based in large part on PLAINTIFF's life story. Furthermore, the Material was presented to HOWARD with the clear understanding that if any element of the Book/Screenplay/DVD was to be used by HOWARD, he must first obtain rights to the Book/Screenplay/DVD in connection with appropriate compensation, and in accordance with entertainment industry custom and practice.

15.    Plaintiff is informed and believes and on that basis alleges that on about January 7, 2015, the pilot for the series "Empire" aired on Fox, with HOWARD starring in the lead role. A recent review of the Internet Movie Database ("IMDB") webpage for the series "Empire" confirms that DEFENDANTS STRONG and DANIELS were accorded credit as creators and producers of the pilot, DEFENDANT FOX was accorded company credit, and that HOWARD appears as the lead character "Lucius Lyon" on all episodes of the series which will begin its second season.

16.    Plaintiff is informed and believes and on that basis alleges, that the more recent work, "Empire," borrows heavily from the "Bigger Than Big" book and the "All That Glitters" screenplay and that certain aesthetic elements including but not limited to the physical appearance of the characters and their homes are

virtually identical to photographs and storyboards provided to HOWARD during the November, 2010 meeting and as portrayed in the DVD. The stories, character traits and incidents portrayed in the two works are also in many respects, virtually identical, and look striking similar. These substantially similar elements, coupled with HOWARD's direct access to the Book, Screenplay and DVD, leave little doubt that numerous elements of "Empire" are copied from "Bigger Than Big," "All That Glitters" and the "Bigger Than Big" DVD, which had been submitted to Howard in 2010.

## FIRST CLAIM FOR RELIEF

**(COPYRIGHT INFRINGEMENT (17 U.S.C. §§101 *et seq.*))**

**(Against all Defendants)**

17. PLAINTIFF re-alleges each and every allegation set forth in Paragraphs 1 through 16, inclusive, and incorporates them herein by this reference.

18. PLAINTIFF is currently and at relevant times has been the sole proprietor of all right, title, and interest in and to the copyrights in the Book and the Screenplay.

19. PLAINTIFF is informed and believes that DEFENDANTS are continuing with efforts to distribute "Empire" in derogation of PLAINTIFF's rights.

20. Furthermore, given the direct access and prior submission of the Book and Screenplay to DEFENDANTS through HOWARD and personal meeting by PLAINTIFF with HOWARD to discuss exploitation of the same, that DEFENDANTS were knowingly and willfully involved in the copying of the Book and the Screenplay and original elements therein to create a work substantially similar to and derivative of PLAINTIFF's copyrighted Book and Screenplay. PLAINTIFF is informed and believes that a non-exhaustive summary of

substantial similarities including expressions of ideas and concepts between the respective works based upon a review of the pilot "Empire" includes but is not limited to:

### (a) THEME

Each work has as a core theme of drama centering around the story of an African American man with a history of violence raising himself and his three-sons from the ghetto and a life of crime into the world of the music industry.

### (b) PLOT

The plot in both works follows an African American man, his wife who went to jail for dealing drugs to save her family, and their three sons who are engaged in pursuing careers in the music industry. Both the Screenplay and the Series focus in central part on the protagonist's history of violence and crime, drug dealing and pimping on the one hand and drug dealing on the other, the protagonist's struggle to maintain power in their world and achieve legitimacy and success in the music industry.

### (c) SETTING

The setting of each work takes place in a large urban setting, favors a lavish "pimp" aesthetic and contains flashbacks to the ghetto of a different era. The house owned by the lead character of "Empire" is virtually identical to the home owned by PLAINTIFF and pictured in the book "Bigger Than Big."

### (d) CHARACTERS

The lead characters, notwithstanding their names "Lucious Lyon" vs. "Prince Diamond," are strikingly similar. Both works feature as the lead character a charismatic African American man, in his forties, who has risen from the ghetto and a life of drug dealing and/or pimping that included multiple violent acts of murder to tackle the world of the hip hop music industry as producers and through

the talents of their three sons.  Other central characters include, the three sons and their mother ("China Doll," in "Bigger Than Big" and "Cookie" in the "Empire" series) who has gone to jail for dealing drugs to sacrifice for the good of her family and to keep the patriarch out of jail. Both "Lucious Lyon" and "Cookie," the wife character in the Empire Series wear clothing and groom themselves in styles that are strikingly similar to the style and clothing worn and pictured in the book and DVD "Bigger Than Big" by "Prince Diamond" and "China Doll."

(e) MOOD

Both the Series and the Book/Screenplay have a similar mood in that they are dramas that promote the excesses of a "pimp" lifestyle, sustain an undercurrent of violence that threatens to and periodically does erupt through the tension, and utilize hip hop music to enhance the drama and forward the action.

 (f) PLOT/SCENE/DIALOGUE/CHARACTER SIMILARITIES

A non-exhaustive list of some of the specific plot, scene, dialogue and/or character similarities between the Screenplay and/or Book and the Series, without limitation, with referenced time codes and illustrative screenshots of "Empire" and photographs contained in the Book is set forth below:

| BIGGER THAN BIG/ALL THAT GLITTERS IS NOT GOLD | EMPIRE[1] | |
|---|---|---|
| 1. Ron Newt aka "Prince Diamond's" signature style as depicted on the cover of the Book. (Newt on right). |  | 04:53 "Lucious Lyon" is wearing Ron Newt aka "Prince Diamond" style hair-do and silk scarf (Lyon on left). |

---

[1] All time stamp references were keyed to the series episodes utilizing AT&T U-verse.

| | | |
|---|---|---|
| 2. Ron Newt aka "Prince Diamond's" signature style as pictured in his Book: Long white and gold embroidered coat with stand up collar. (Ron Newt at right). |  | Episode 8:  (Written by Danny Strong, Directed by Danny Strong) 31:06 "Lucious Lyon" is wearing a Ron Newt aka "Prince Diamond" style long white coat with gold buttons, and gold embroidered stand up collar. (Lyon on left.) |
| 3. Ron Newt aka "Prince Diamond's" signature style as pictured in his Book: Newt pictured in a grey silk jacket with a black floral pattern, on right. |  | 00:26 "Lucious Lyon" is wearing a Ron Newt aka "Prince Diamond" style grey silk jacket with a black floral pattern. (Lyon on left). |

| | | |
|---|---|---|
| 4.   Ron Newt aka "Prince Diamond's" signature style:  white jacket with silk scarve. (photo right). |  | Episode 12  (Written by Danny Strong & Ilene Chaiken)  01:10 "Lucious Lyon" wears a Ron Newt aka "Prince Diamond" style white jacket and silk scarf.  (Lyon left). |
| 5.   "Bigger Than Big" video footage of Ron Newt shows him in street clothes and head wear. |  | "Lucious Lyon" in a flash back wears Ron Newt type street clothes and head wear. (Lyon on left). |
| 6.   Artist rendition of "China Doll" as depicted in Book on left. |  | Episode 1: 15:40 "Cookie" looks identical to "China Doll" and sports a similar type hat. (Cookie on right). |
| 7.   "China Doll's" style is depicted in the Book. (See "China Doll" in fur collared coat on right). |  | Episode 6: 27:30 "Cookie" wears "China Doll" style coat with fur collar on left and "China Doll" style hair. |

| | | |
|---|---|---|
| 8. China Doll's signature style as pictured in the Book. |  | Episode 2   (Written by Danny Strong &Ilene Chaiken, Directed by Lee Daniels) 49:17 "Cookie's" dress is "China Doll" style dress. |
| 9. **"China Doll"** shows up to a business meeting in black lingere with garters, artist's rendition of the event is portrayed in the Book and pictured at left. |  | Episode 6: 02:52-04:16 "Cookie" shows up to family meeting in black lingere with garters, looks like picture of "China Doll" at meeting in Book. |
| 10. "Prince Diamond's Castle" as pictured in the Book.<br> |  | Episode 4: 07:28 "Lucious Lyon's"  house. |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27

| | | |
|---|---|---|
| 11. Black gate of Ron Newt aka "Prince Diamond's" house shown in Documentary (02:31) (photo top). |  | Episode 9 : 05:24 Black gate at "Lucious Lyon's" house (photo bottom). |
| 12. Photographs from the Book depict (from bottom left) 1) Ron Newt aka "Prince Diamond" dressed in a white suit and big cat (a tiger),  2) Ron Newt aka "Price Diamond" in dark suit with "China Doll" dressed in all white, 3) Ron Newt aka "Prince Diamond" in the penitentiary with shirtless inmates. |  | Publicity photographs from the Series depict (from top left) 1) "Lucious Lyon" dressed in a white suit with "Cookie" and a big cat (a lioness), 2) a screen shot from the Series shows "Lucious Lyon" in dark suit and "Cookie" dressed all in white, 3) photo of Lee Daniels on set with posted to his Instagram account promoting season 2 of the Series. |

| | | |
|---|---|---|
| 13. Book contains a hand drawn story board of a show down (picture at top). |  | Episode 9: 34:20 show down with guns drawn at cars virtually identical to one of Ron Newt's story boards. |
| 14. Bob puts gun to his own head in DVD. |  | Episode 8: 47:27 "Andre" puts gun to his own head (right). |
| 15. Ron Newt's sons performed as the "Newtron's" in sunglasses and gold chains and pictured in the book (seen at right). |  | Episode 1: 07:41 Hakeem Lyon is wearing Newtron styled shades, gold chains, and hair cut as depicted in Bigger Than Big. |
| /// | | |

| | | |
|---|---|---|
| 16. Ron Newt aka "Prince Diamond's" sons dress like him in "Bigger than Big" in white jackets.  |  | At white party "Lucious Lyon's" sons dressed like "Lucious" (in Ron Newt aka "Prince Diamond's" "signature" jacket). |
| 17. Ron Newt aka "Prince Diamond" is in his 40s in the Screenplay. | | "Lucious Lyon" is in his 40's, upon information and belief HOWARD is 47 years old. |
| 18. Ron Newt aka "Prince Diamond" is an entertainer, song writer, producer. | | "Lucious Lyon" is an entertainer, song writer, producer |
| 19. Ron Newt's sons are performers | | Episode 1: 03:26 "Lucious Lyon's" sons are performers. |
| 20. Ron Newt aka "Prince Diamond" was a furrier | | Episode 1: 05:13 "Lucious Lyon" has |

| | |
|---|---|
| and manufactured clothing. | clothing line. |
| 21. Ron Newt aka "Prince Diamond" is friends with the mayor in "Bigger than Big." | Episode 1: 05:33 "Lucious Lyon" is close friends with the president. |
| 22. Ron Newt aka "Prince Diamond" starts a life of crime at age 9. | Episode 1: 05:47 "Lucious Lyon" starts a life of crime at age 9. |
| 23. Ron Newt aka "Prince Diamond" has troubled childhood. | Episode 1: 05:47 "Lucious Lyon" has troubled childhood. |
| 24. Ron Newt aka "Prince Diamond" grooms his sons for show business throughout "Bigger Than Bigger." | "Lucious Lyon" grooms his sons for show business throughout "Empire" series. |
| 25. Ron Newt aka "Prince Diamond" writes songs for his sons in the Book and Screenplay. | Episode 1: 21:42 "Lucious Lyon" writes songs for his son. |
| 26. Ron Newt aka "Prince Diamond" and "China Doll" are in the music | Episode 1: 24:47 "Lucious Lyon" and "Cookie" are in the |

| | | |
|---|---|---|
| business. | | music business. |
| 27. Ron Newt aka "Prince Diamond" kills 4 drug dealers in "Bigger Than Big." | | Episode 1: 41.10 It's disclosed that "Lucious Lyon" killed 4 drug dealers. |
| 28. Ron Newt aka "Prince Diamond" kills his friend "Fast Eddie" in "Bigger Than Big." | | Episode 1: 46:55 "Lucious Lyon" kills best friend "Bunkie." |
| 29. Ron Newt aka "Prince Diamond" is a "womanizer" throughout the book. | | Episode 1: 48:33 "Lucious Lyon" is a "womanizer." |
| 30. Patti LaBelle at Lil' Ronnie's funeral in "Bigger Than Big" (R&B diva from the 70's and 80's with very flamboyant personality). | | Episode 3: 15:18 Gladys Knight attends "Bunkie's" funeral. (R&B diva from the 70's and 80's with very flamboyant personality). |
| 31. Ron Newt aka "Prince Diamond" makes music | | Episode 4: 21:22 Lucious Lyon makes |

| | | |
|---|---|---|
| with his sons throughout the Book/Screenplay. | | music with his sons. |
| 32. Ron Newt puts a hit on a character. | | Episode 5 (Written by Michael Spellman, Directed by John Singleton)<br><br>A hit is put on a character in this episode. |
| 33. Ron Newt aka "Prince Diamond" goes to jail in "Bigger Than Big" | | Episode 6: 43:50 "Lucious Lyon" goes to jail. |
| 34. Ron Newt aka "Prince Diamond" questioned by police throughout the Book/Screenplay. | | "Lucious Lyon" questioned by police. |
| 35. "China Doll" interrogated by police during chapter "The School Drug Bust." | | "Cookie" interrogated by police throughout season 1. |
| 36. Ron Newt aka "Prince Diamond's" house is raided in "Bigger Than Big." | | "Lucious Lyon's" house was raided. |

| | |
|---|---|
| 37. "China Doll" was robbed in chapter 7 of the Book: "A Kill For A Thrill." | "Cookie" was (mugged) robbed. |
| 38. Hunter's Point of San Francisco a location reference in Bigger than Big. | Hunt's Point in NY a location reference in "Empire." |
| 39. Ron Newt's antagonist is a record executive in "Bigger Than Big." | Lucious Lyon's antagonist is a music executive. |
| 40. Ron Newt is broken out of jail by his sons. | A teaser from Season two reveals that Lucious Lyon will be broken out of jail (by one of his sons). |

21.    PLAINTIFF is further informed and believes, and on that basis alleges, that DEFENDANTS' copying of the Book and Screenplay infringes PLAINTIFF's copyright and that DEFENDANTS are distributing and intend to continue to distribute unauthorized works similar to and derivative of "Bigger Than Big" and "All That Glitters."

22.    The natural, probable and foreseeable result of DEFENDANTS' wrongful conduct has been and will continue to be to deprive PLAINTIFF of the

benefits of selling the Screenplay and any other derivative work of the Book based in large part on PLAINTIFF's life story to another buyer, and to deprive PLAINTIFF of the goodwill that would necessarily be associated therewith.

23.     PLAINTIFF is informed and believes, and on that basis alleges, that it has lost and will continue to lose substantial revenues and has sustained damages as a result of DEFENDANTS' wrongful conduct and DEFENDANTS' production and sale of their infringing series.  DEFENDANTS' wrongful conduct has also deprived and will continue to deprive PLAINTIFF of opportunities for expanding its goodwill.

24.     PLAINTIFF is informed and believes, and on that basis alleges, that unless enjoined by this Court, DEFENDANTS intend to continue their course of conduct and to wrongfully use, infringe upon, sell and otherwise profit from PLAINTIFF's Book and Screenplay and works derived from it.  As a direct and proximate result of the acts of DEFENDANTS alleged above, PLAINTIFF has already suffered irreparable damage and has sustained lost profits.  PLAINTIFF has no adequate remedy at law to redress all of the injuries that DEFENDANTS have caused and intend to cause by their conduct.  PLAINTIFF will continue to suffer irreparable damage and sustain lost profits until DEFENDANTS' actions alleged above are enjoined by this Court.

25.     By their actions alleged above, DEFENDANTS have infringed and will continue to infringe PLAINTIFF's copyrights in and relating to the Book and the Screenplay by producing, distributing, and placing upon the market products which are derivative of PLAINTIFF's copyrighted works.

26.     PLAINTIFF is entitled to an injunction restraining DEFENDANTS, their officers, agents and employees, and all persons acting in concert with them, from engaging in any further such acts in violation of the copyright laws.

27.    PLAINTIFF is further entitled to recover from DEFENDANTS the damages, including attorneys' fees, they have sustained and will sustain, and any gains, profits and advantages obtained by DEFENDANTS as a result of DEFENDANTS' acts of infringement alleged above.  At present, the amount of such damages, gains, profits and advantages cannot be fully ascertained by PLAINTIFF but on information and belief, PLAINTIFF believes that such damages may equal or exceed $10,000,000.

## SECOND CLAIM FOR RELIEF

### (BREACH OF IMPLIED-IN-FACT CONTRACT)

**(Against all Defendants)**

28.    PLAINTIFF incorporates herein the allegations of paragraphs 1 through 35 of this Complaint.

29.    PLAINTIFF is the owner of all rights including all rights under contract and copyright, with respect to the Book and to the Screenplay and all drafts and versions of it.

30.    PLAINTIFF is the owner of all rights including all rights under contract and copyright, with respect to the Book and to the Screenplay and all drafts and versions of it.  A meeting was set up on or about mid-November 2010, wherein NEWT met in person with actor and producer Terence Howard ("HOWARD") at the Four Seasons Hotel, located at 300 S Doheny Dr, Los Angeles, CA 90048, in order to discuss the Book and the Screenplay.  The meeting lasted approximately three and a half (3 ½) hours, wherein Mr. Newt extensively discussed his life story, the Book and the Screenplay based in large part on his life story, including the plot line, characters, themes, and incidents portrayed in such works and in a documentary DVD based on those works.  NEWT brought copies

of the Screenplay and the Book, as well as the DVD (hereinafter the "Material") and submitted them in person to HOWARD.  A further purpose of the meeting and submission to HOWARD was to seek his interest in starring in, developing, producing and/or purchasing the Screenplay, *inter alia*.

31.   At that meeting HOWARD stated that he wanted to play the lead role of PLAINTIFF aka "Prince Diamond" in a screenplay adaption of the Material. The Screenplay, Book and DVD were presented to HOWARD with a clear understanding that if any elements of the Screenplay, Book and/or the DVD were to be used by DEFENDANTS, they must first obtain rights from the writer/copyright proprietor of the Screenplay in exchange for appropriate compensation in accordance with entertainment industry custom and practice, and DEFENDANTS knew, or should have known, based on the parties' course of conduct including oral representations at the time of the meeting, created a reasonable expectation that the submission was conditioned on DEFENDANTS' agreement to provide the writer/copyright proprietor with such compensation.

32.   DEFENDANTS through HOWARD voluntarily accepted the submission of the Screenplay, Book and DVD, on PLAINTIFF's terms, and the foregoing course of conduct between the parties gave rise to an implied-in-fact contract between the parties to the effect that DEFENDANTS would not exploit the Screenplay, the Book or elements thereof without compensating PLAINTIFF for DEFENDANTS' use of the ideas submitted by them within the Screenplay, the Book, the DVD and/or any element therof.

33.   Similarly, HOWARD expressed his interest in the Materials at the 2010 meeting, and communicated to PLAINTIFF that he wanted to play the role of Ron Newt in a motion picture adaptation of PLAINTIFF's life story and gave PLAINTIFF the contact information of his manager to facilitate further negotiations.  At the time the Material was presented to DEFENDANTS, they were

aware of the fact and agreed that the Material had been presented to them with a clear understanding that if elements of the Screenplay were to be used by DEFENDANTS, they must first obtain rights in and to the Material in exchange for appropriate compensation to be agreed upon in accordance with entertainment industry custom and practice.

34.    Based on the expressed interest of DEFENDANT HOWARD and at his instance and request, PLAINTIFF submitted to DEFENDANTS at the meeting, orally and in writing, a novel idea for a screenplay, with the expectation, which was fully and clearly understood by DEFENDANTS, that PLAINTIFF would be compensated for its use by DEFENDANTS when and if DEFENDANTS used it.

35.    When the Material was presented to DEFENDANTS through HOWARD, they were aware of the fact that the Material had been presented to him with a clear understanding that if any elements of the Screenplay, Book or DVD were to be used by DEFENDANTS, they must first obtain rights from the writer/copyright proprietor of the Screenplay, Book and DVD in exchange for appropriate compensation in accordance with entertainment industry custom and practice, and DEFENDANTS knew, or should have known, based on the parties' course of conduct including oral representations creating a reasonable expectation, that the submission was conditioned on DEFENDANTS' agreement to provide the writer/copyright proprietor with such compensation.

36.    Despite efforts by King Cisco, PLAINTIFF's friend that arranged the meeting between PLAINTIFF and HOWARD there were no further communications from HOWARD to PLAINTIFF regarding the project after negotiations between King Cisco and PLAINTIFF broke down.

37.    To date, HOWARD never passed on the Screenplay and/or any of the Material submitted to him.    Indeed, PLAINTIFF's Material has never been

1   returned and PLAINTIFF is informed and believes that the Material is still in

2   HOWARD's possession.

3       38.   The submission of the Material to DEFENDANTS through

4   HOWARD was clearly conditioned on the agreement to compensate PLAINTIFF

5   for the use of the Materials, and DEFENDANTS knew, or should have known, that

6   PLAINTIFF's submission was conditioned on their agreement to provide

7   PLAINTIFF's with such compensation.

8       39.   DEFENDANTS through HOWARD voluntarily accepted the

9   submission of the Material on PLAINTIFF's terms, and the foregoing course of

10   conduct between the parties gave rise to an implied-in-fact contract between the

11   parties to the effect that DEFENDANTS would not exploit the Material without

12   compensating PLAINTIFF for DEFENDANTS' use of the ideas submitted by

13   them within the Material.

14       40.   PLAINTIFF is informed and believes, and on that basis alleges, that

15   in creating their television series "Empire," DEFENDANTS actually used the ideas

16   and original elements contained in the Material previously submitted to

17   DEFENDANTS through HOWARD and that DEFENDANTS based their

18   television series "Empire" substantially upon the ideas of PLAINTIFF rather than

19   their own ideas or ideas from other sources. PLAINTIFF is informed and believes

20   that a non-exhaustive summary of substantial similarities including ideas and

21   concepts between the respective works based upon a review of the series "Empire"

22   includes but is not limited to:

23   <u>(a) THEME</u>

24       Each work has as a core theme of drama centering around the story of an

25   African American man with a history of violence raising himself and his three-sons

26   from the ghetto and a life of crime into the world of the music industry.

27

### (b) PLOT

The plot in both works follows an African American man, his wife who went to jail for dealing drugs to save her family, and their three sons who are engaged in pursuing careers in the music industry. Both the Screenplay and the Series focus in central part on the protagonist's history of violence and crime, drug dealing and pimping on the one hand and drug dealing on the other, the protagonist's struggle to maintain power in their world and achieve legitimacy and success in the music industry.

### (c) SETTING

The setting of each work takes place in a large urban setting, favors a lavish "pimp" aesthetic and contains flashbacks to the ghetto of a different era. The house owned by the lead character of "Empire" is virtually identical to the home owned by PLAINTIFF and pictured in the book "Bigger Than Big."

### (d) CHARACTERS

The lead characters, notwithstanding their names "Lucious Lyon" vs. "Prince Diamond," are strikingly similar.  Both works feature as the lead character a charismatic African American man, in his forties, who has risen from the ghetto and a life of drug dealing and/or pimping that included multiple violent acts of murder to tackle the world of the hip hop music industry as producers and through the talents of their three sons.  Other central characters include, the three sons and their mother ("China Doll," in "Bigger Than Big" and "Cookie" in the "Empire" series) who has gone to jail for dealing drugs to sacrifice for the good of her family and to keep the patriarch out of jail. Both "Lucious Lyon" and "Cookie," the wife character in the Empire Series wear clothing and groom themselves in styles that are strikingly similar to the style and clothing worn and pictured in the book and DVD "Bigger Than Big" by "Prince Diamond" and "China Doll."

///

### (e) MOOD

Both the Series and the Book/Screenplay have a similar mood in that they are dramas that promote the excesses of a "pimp" lifestyle, sustain an undercurrent of violence that threatens to and periodically does erupt through the tension, and utilize hip hop music to enhance the drama and forward the action.

### (f) PLOT/SCENE/DIALOGUE/CHARACTER SIMILARITIES

A non-exhaustive list of some of the specific plot, scene, dialogue and/or character similarities between the Screenplay and/or Book and the Series, without limitation, with referenced time codes and illustrative screenshots of "Empire" and photographs contained in the Book is set forth below:

| BIGGER THAN BIG/ALL THAT GLITTERS IS NOT GOLD | EMPIRE[2] | |
|---|---|---|
| 1. Ron Newt aka "Prince Diamond's" signature style as depicted on the cover of the Book. (Newt on right). |  | 04:53 "Lucious Lyon" is wearing Ron Newt aka "Prince Diamond" style hair-do and silk scarf (Lyon on left). |
| 2. Ron Newt aka "Prince Diamond's" signature style as pictured in his Book: Long white and gold embroidered coat with stand up collar. (Ron Newt at right). |  | Episode 8:  (Written by Danny Strong, Directed by Danny Strong) 31:06 "Lucious Lyon" is wearing a Ron Newt aka "Prince Diamond" |

---

[2] All time stamp references were keyed to the series episodes utilizing AT&T U-verse.

| | | style long white coat with gold buttons, and gold embroidered stand up collar. (Lyon on left.) |
|---|---|---|
| 3.  Ron Newt aka "Prince Diamond's" signature style as pictured in his Book: Newt pictured in a grey silk jacket with a black floral pattern, on right. |  | 00:26 "Lucious Lyon" is wearing a Ron Newt aka "Prince Diamond" style grey silk jacket with a black floral pattern. (Lyon on left). |
| 4.   Ron Newt aka "Prince Diamond's" signature style:  white jacket with silk scarve. (photo right). |  | Episode 12  (Written by Danny Strong & Ilene Chaiken)  01:10 "Lucious Lyon" wears a Ron Newt aka "Prince Diamond" style white jacket and silk scarf.  (Lyon left). |

| | | |
|---|---|---|
| 5. "Bigger Than Big" video footage of Ron Newt shows him in street clothes and head wear. |  | "Lucious Lyon" in a flash back wears Ron Newt type street clothes and head wear. (Lyon on left). |
| 6. Artist rendition of "China Doll" as depicted in Book on left. |  | Episode 1: 15:40 "Cookie" looks identical to "China Doll" and sports a similar type hat. (Cookie on right). |
| 7. "China Doll's" style is depicted in the Book. (See "China Doll" in fur collared coat on right). |  | Episode 6: 27:30 "Cookie" wears "China Doll" style coat with fur collar on left and "China Doll" style hair. |
| 8. China Doll's signature style as pictured in the Book. |  | Episode 2   (Written by Danny Strong &Ilene Chaiken, Directed by Lee Daniels) 49:17 "Cookie's" dress is "China Doll" style dress. |

| | | |
|---|---|---|
| 9. **"China Doll"** shows up to a business meeting in black lingere with garters, artist's rendition of the event is portrayed in the Book and pictured at left. |  | Episode 6: 02:52-04:16 "Cookie" shows up to family meeting in black lingere with garters, looks like picture of "China Doll" at meeting in Book. |
| 10. "Prince Diamond's Castle" as pictured in the Book.<br> |  | Episode 4:<br>07:28 "Lucious Lyon's" house. |
| 11. Black gate of Ron Newt aka "Prince Diamond's" house shown in Documentary (02:31) (photo top). |  | Episode 9 :<br>05:24 Black gate at "Lucious Lyon's" house (photo bottom). |

| | |
|---|---|
| 12. Photographs from the Book depict (from bottom left) 1) Ron Newt aka "Prince Diamond" dressed in a white suit and big cat (a tiger),  2) Ron Newt aka "Price Diamond" in dark suit with "China Doll" dressed in all white, 3) Ron Newt aka "Prince Diamond" in the penitentiary with shirtless inmates. |  Publicity photographs from the Series depict (from top left) 1) "Lucious Lyon" dressed in a white suit with "Cookie" and a big cat (a lioness), 2) a screen shot from the Series shows "Lucious Lyon" in dark suit and "Cookie" dressed all in white, 3) photo of Lee Daniels on set with posted to his Instagram account promoting season 2 of the Series. |
| 13. Book contains a hand drawn story board of a show down (picture at top). |  Episode 9: 34:20 show down with guns drawn at cars virtually identical to one of Ron Newt's story boards. |

| | | |
|---|---|---|
| 14. Bob puts gun to his own head in DVD. |  | Episode 8: 47:27 "Andre" puts gun to his own head (right). |
| 15. Ron Newt's sons performed as the "Newtron's" in sunglasses and gold chains and pictured in the book (seen at right). |  | Episode 1: 07:41 Hakeem Lyon is wearing Newtron styled shades, gold chains, and hair cut as depicted in Bigger Than Big. |
| 16. Ron Newt aka "Prince Diamond's" sons dress like him in "Bigger than Big" in white jackets.  |  | At white party "Lucious Lyon's" sons dressed like "Lucious" (in Ron Newt aka "Prince Diamond's" "signature" jacket). |
| 17. Ron Newt aka "Prince Diamond" is in his 40s in the Screenplay. | | "Lucious Lyon" is in his 40's, upon information and belief HOWARD is 47 years |

| | |
|---|---|
| | old. |
| 18. Ron Newt aka "Prince Diamond" is an entertainer, song writer, producer. | "Lucious Lyon" is an entertainer, song writer, producer. |
| 19. Ron Newt's sons are performers. | Episode 1: 03:26 "Lucious Lyon's" sons are performers. |
| 20.  Ron Newt aka "Prince Diamond" was a furrier and manufactured clothing. | Episode 1: 05:13 "Lucious Lyon" has clothing line. |
| 21. Ron Newt aka "Prince Diamond" is friends with the mayor in "Bigger than Big." | Episode 1: 05:33 "Lucious Lyon" is close friends with the president. |
| 22. Ron Newt aka "Prince Diamond" starts a life of crime at age 9. | Episode 1: 05:47 "Lucious Lyon" starts a life of crime at age 9. |
| 23. Ron Newt aka "Prince Diamond" has troubled childhood. | Episode 1: 05:47 "Lucious Lyon" has troubled childhood. |
| 24. Ron Newt aka "Prince | "Lucious Lyon" |

| | |
|---|---|
| Diamond" grooms his sons for show business throughout "Bigger Than Bigger." | grooms his sons for show business throughout "Empire" series. |
| 25. Ron Newt aka "Prince Diamond" writes songs for his sons in the Book and Screenplay. | Episode 1: 21:42 "Lucious Lyon" writes songs for his son. |
| 26. Ron Newt aka "Prince Diamond" and "China Doll" are in the music business. | Episode 1: 24:47 "Lucious Lyon" and "Cookie" are in the music business. |
| 27. Ron Newt aka "Prince Diamond" kills 4 drug dealers in "Bigger Than Big." | Episode 1: 41.10 It's disclosed that "Lucious Lyon" killed 4 drug dealers. |
| 28. Ron Newt aka "Prince Diamond" kills his friend "Fast Eddie" in "Bigger Than Big." | Episode 1: 46:55 "Lucious Lyon" kills best friend "Bunkie." |
| 29. Ron Newt aka "Prince Diamond" is a "womanizer" throughout the book. | Episode 1: 48:33 "Lucious Lyon" is a "womanizer." |

| | | |
|---|---|---|
| 30. Patti LaBelle at Lil' Ronnie's funeral in "Bigger Than Big" (R&B diva from the 70's and 80's with very flamboyant personality). | | Episode 3: 15:18 Gladys Knight attends "Bunkie's" funeral. (R&B diva from the 70's and 80's with very flamboyant personality). |
| 31. Ron Newt aka "Prince Diamond" makes music with his sons throughout the Book/Screenplay. | | Episode 4: 21:22 Lucious Lyon makes music with his sons. |
| 32. Ron Newt puts a hit on a character. | | Episode 5 (Written by Michael Spellman, Directed by John Singleton)<br><br>A hit is put on a character in this episode. |
| 33. Ron Newt aka "Prince Diamond" goes to jail in "Bigger Than Big." | | Episode 6: 43:50 "Lucious Lyon" goes to jail. |
| 34. Ron Newt aka "Prince Diamond" questioned by police throughout the Book/Screenplay. | | "Lucious Lyon" questioned by police. |

| | |
|---|---|
| 35. "China Doll" interrogated by police during chapter "The School Drug Bust." | "Cookie" interrogated by police throughout season 1. |
| 36. Ron Newt aka "Prince Diamond's" house is raided in "Bigger Than Big." | "Lucious Lyon's" house was raided. |
| 37. "China Doll" was robbed in chapter 7 of the Book: "A Kill For A Thrill." | "Cookie" was (mugged) robbed. |
| 38. Hunter's Point of San Francisco a location reference in Bigger than Big. | Hunt's Point in NY a location reference in "Empire." |
| 39. Ron Newt's antagonist is a record executive in "Bigger Than Big." | Lucious Lyon's antagonist is a music executive. |
| 40. Ron Newt is broken out of jail by his sons. | A teaser from Season two reveals that Lucious Lyon will be broken out of jail (by |

| | one of his sons). |
|---|---|

41.     The ideas contained in the Material have value, the amount of which PLAINTIFF is informed and believes exceeds the jurisdictional limits of this Court.

42.     PLAINTIFF is informed and believes and on that basis alleges that DEFENDANTS breached the foregoing implied-in-fact contract to PLAINTIFF's detriment by exploiting the Material to the exclusion of PLAINTIFF.

43.     By reason of DEFENDANTS' breach of the aforementioned implied-in-fact contract, PLAINTIFF has sustained and will continue to sustain substantial injury, entitling PLAINTIFF to an award of compensatory damages in an amount to be determined but on information and belief, but which Plaintiff believes may equal or exceed $10,000,000.

## PRAYER FOR RELIEF

**WHEREFORE**, PLAINTIFF prays for judgment against the DEFENDANTS as follows:

## ON THE FIRST CLAIM FOR RELIEF

1.     That the Court find that DEFENDANTS have infringed PLAINTIFF's copyrights in the Screenplay.

2.     That the Court find a substantial likelihood that DEFENDANTS will continue to infringe PLAINTIFF's copyrights in the Screenplay unless enjoined from doing so.

3.     That DEFENDANTS, their directors and officers, agents, servants, employees, and all other persons in active concert or privity or in participation with them, be enjoined from directly or indirectly infringing PLAINTIFF's copyrights

1   in the Screenplay or continuing to market, offer, sell, dispose of, license, lease,

2   transfer, display, advertise, reproduce, develop or manufacture any works derived

3   or copied from the Screenplay or to participate or assist in any such activity.

4       4.    That DEFENDANTS, their directors and officers, agents, servants,

5   employees, and all other persons in active concert or privity or in participation with

6   them, be enjoined to return to PLAINTIFF any and all originals, copies, facsimiles,

7   or duplicates of the Screenplay in their possession, custody or control.

8       5.    That DEFENDANTS, their directors and officers, agents, servants,

9   employees, and all other persons in active concert or privity or in participation with

10  them, be enjoined to recall from all distributors, wholesalers, jobbers, dealers,

11  retailers, and distributors, and all others known to DEFENDANTS, any originals,

12  copies, facsimiles, or duplicates of any works shown by the evidence to infringe

13  any copyright in the Screenplay.

14      6.    That DEFENDANTS be enjoined to deliver upon oath, to be

15  impounded during the pendency of this action and destroyed pursuant to judgment

16  herein, all originals, copies, facsimiles, or duplicates of any work shown by the

17  evidence to infringe any copyright in the Screenplay.

18      7.    That DEFENDANTS be required to file with the Court and to serve

19  on PLAINTIFF, within 30 days after service of the Court's order as herein prayed,

20  a report in writing under oath setting forth in detail the manner and form in which

21  DEFENDANTS have complied with the Court's order.

22      8.    That at Plaintiff's election, if so made, judgment be entered for

23  PLAINTIFF and against DEFENDANTS for PLAINTIFF's actual damages

24  according to proof, and for any profits attributable to infringements of

25  PLAINTIFF'S copyrights, in accordance with proof.

26      9.    That at Plaintiff's election, if so made, judgment be entered for

27  PLAINTIFF and against DEFENDANTS for statutory damages based upon

DEFENDANTS' acts of infringement, pursuant to the Copyright Act of 1976, 17 U.S.C. §§ 101, *et seq*.

10.     That DEFENDANTS be required to account for all gains, profits, and advantages derived from its acts of infringement and for their other violations of law.

11.     That all gains, profits and advantages derived by DEFENDANTS from their acts of infringement and other violations of law be deemed to be held in constructive trust for the benefit of PLAINTIFF.

12.     That PLAINTIFF have judgment against DEFENDANTS for PLAINTIFF's costs and attorneys' fees.

13.     That the Court grant such other, further, and different relief as the Court deems proper under the circumstances.

## ON THE SECOND CLAIM FOR RELIEF

14.     For contractual damages in an amount to be determined but on information and belief believed may equal or exceed $10,000,000.

15.     For costs of suit herein incurred.

16.     For such other and further relief as the Court may deem just and proper.

Dated:  August 24, 2015                    ABRAMS COATE LLP


By:  /s/ Charles M. Coate
Charles M. Coate
Attorneys for Plaintiff RON NEWT

*legalzoom*®

August 14, 2015

Ron Newt
1510 Ocean Ave.
San Francisco, CA 94112

**Order # 39769359**

Dear Ron:

**Congratulations!** Your application for copyright registration for "All That Glitters is not Gold script of the book bigger than big" has been submitted electronically to the U.S. Copyright Office. A copy of the application is enclosed for your records. Also included is a copy of the UPS Tracking receipt confirming that your deposit materials were successfully delivered to the U.S. Copyright Office.

**Please Note:** Your materials are not registered until you receive a certificate of registration and registration number from the U.S. Copyright Office indicating that the work has been registered. The time the U.S. Copyright Office requires to process an application varies and can take months. If your work is determined to be copyrightable and meets all legal and procedural requirements for registration, the U.S. Copyright Office will send the registration certificate to the individual or organization listed under "Mail Certificate" in your application.

If you have any questions or would like additional information, please call us at (800) 773-0888 Monday–Friday from 5AM–7PM and Saturday from 7AM–4PM PT, or you can email us at customercare@legalzoom.com.

We appreciate you choosing LegalZoom and look forward to serving you again soon.

Sincerely,

The LegalZoom Team

514115678



9900 Spectrum Dr.
Austin, TX 78717          tel  877.773.0888          legalzoom.com

**Registration #:**   *-APPLICATION-*
**Service Request #:**   1-2628491739

## Mail Certificate

Ron Newt
1510 Ocean Ave.
San Francisco, CA 94112 United States

**Priority:**   Routine          **Application Date:**   August 10, 2015

## Correspondent

**Name:**   Ron Newt
**Email:**   rickeyscales@yahoo.com
**Telephone:**   (415)374-4377
**Address:**   1510 Ocean Ave.
San Francisco, CA 94112 United States

Registration Number

# *-APPLICATION-*

## Title

| | |
|---|---|
| **Title of Work:** | All That Glitters is not Gold script of the book bigger than big |
| **Previous or Alternate Title:** | Bigger Than big |

## Completion/Publication

| | |
|---|---|
| **Year of Completion:** | 1998 |
| **Date of 1st Publication:** | June 28, 1998 |
| **Nation of 1st Publication:** | United States |

## Author

| | |
|---|---|
| • **Author:** | Ron Newt |
| **Author Created:** | entire motion picture, script/screenplay |
| **Work made for hire:** | No |
| **Citizen of:** | United States |
| **Year Born:** | 1949 |

## Copyright Claimant

| | |
|---|---|
| **Copyright Claimant:** | Ron Newt |
| | 1510 Ocean Ave., San Francisco, CA, 94112, United States |

## Certification

| | |
|---|---|
| **Name:** | Giovanna Richardson |
| **Date:** | August 10, 2015 |
| **Applicant's Tracking Number:** | 39769359 |

Page 1 of 1

- 41

UPS: Tracking Information



UPS: Tracking Information

|  |  | 08/11/2015 | 1:31 A.M. | Arrival Scan |
| Los Angeles, CA, United States | 08/11/2015 | 12:47 A.M. | Departure Scan |
| Los Angeles, CA, United States | 08/10/2015 | 10:15 P.M. | Origin Scan |
| United States |  | 08/11/2015 | 7:56 P.M. | Order Processed: Ready for UPS |

▼ **Additional Information**

| **Multiple Packages:** | 3 |
| **Shipped/Billed On:** | 08/11/2015 |
| **Type:** | Package |
| **Weight:** | 5.00 lbs |

▶ **Packages in this Shipment (Total Packages: 3)**

← Back to Tracking Summary

http://wwwapps.ups.com/WebTracking/detail[8/14/2015 12:46:53 PM]

UPS: Tracking Information



Copyright © 1994-2015 United Parcel Service of America, Inc. All rights reserved.

http://wwwapps.ups.com/WebTracking/detail[8/14/2015 12:46:53 PM]