# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RON NEWT, an individual,<br><br>                    Plaintiff,<br>     vs.<br><br>TWENTIETH CENTURY FOX FILM CORPORATION, et al.,<br><br>                    Defendants. | Case No. 15-cv-02778-CBM-JPRx<br><br>**JUDGMENT**<br><br>[JS-6] |

    Consistent with the Order re: Defendants Lee Daniels, Danny Strong, Terrence Howard, and Malcolm Spellman's Motion to Dismiss First Amended Complaint with Prejudice and Defendant Fox Broadcasting Company's Motion For Judgment on the Pleadings, judgment is hereby entered against Plaintiff and in in favor of Defendants on Plaintiff's First Cause of Action for Copyright Infringement (17 U.S.C. §§ 101 *et seq.*).

DATED: July 27, 2016.                         _____
                                                HON. CONSUELO MARSHALL
                                                United States District Judge